594

for petitioner. Messrs. George J. Hatfield, James F. Gilliland, and Francis Brooks for respondent.

No. 394. APPLYBE ET AL. v. UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. Harold C. Faulkner for petitioners. Solicitor General Hughes, and Messrs. Claude R. Branch, John J. Byrne, John F. Coldiron, and W. Marvin Smith for the United States.

No. 398. UNITED STATES EX REL. POWLOWEC v. DAY, COMMISSIONER. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Roger O'Donnell for petitioner. Solicitor General Hughes; Assistant Attorney General Luhring, and Messrs. Claude R. Branch, Harry S. Ridgely, and W. Marvin Smith for the United States.

No. 399. HENGGELER v. ALLEN, COLLECTOR. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. George B. Thummel for petitioner. Solicitor General Hughes, and Messrs. Claude R. Branch, Millar E. McGilchrist, Sewall Key, and W. Marvin Smith for respondent.

No. 400. BUSINESS MEN'S ASSURANCE Co. v. CAMPBELL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.